HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SETH RADDUE, a married person,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign profit corporation,<br><br>    Defendant[s]. | NO. 2:24-CV-02154-TL<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)<br><br>**NOTE ON MOTION CALENDAR:**<br>**March 19, 2025 (Same Day Motion)**<br><br>**Without Oral Argument** |

## ORDER OF DISMISSAL

Based on the Stipulated Motion for Dismissal Pursuant to FRCP 41(a)(1)(A) in this matter, IT IS HEREBY ORDERED that all claims in this action shall be dismissed with prejudice. The parties shall each bear their own attorney fees and costs.

DATED this 20th day of March, 2025.

_____
Tana Lin
United States District Judge

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)- 1
(Case No. 2:24-CV-02154-TL)

1070.492/Raddue Prop Order Mot for Dismissal

KIRKPATRICK SYMANSKI PARKER
A T T O R N E Y S   A T   L A W
6161 NE 175TH STREET, SUITE 203
KENMORE, WA  98028
(206) 629-5489  FAX (206) 629-2120

Presented by:

KIRKPATRICK SYMANSKI PARKER

By *s/ Noelle Symanski*
   Noelle Symanski            WSBA #57022
   Attorneys for Defendant State Farm Mutual Automobile Insurance Company

Copy Received, Approved as to Form;
Notice of Presentation Waived:

KOBES LEGAL, PLLC

By *s/ Brett Kobes*
   Brett Kobes              WSBA #54923
   Kayla Bramble Toal       WSBA #59378
   Attorneys for Plaintiff Seth Raddue

[PROPOSED] ORDER GRANTING STIPULATED MOTION
FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)- 2
(Case No. 2:24-CV-02154-TL)

1070.492/Raddue Prop Order Mot for Dismissal

KIRKPATRICK SYMANSKI PARKER
A T T O R N E Y S   A T   L A W
6161 NE 175TH STREET, SUITE 203
KENMORE, WA 98028
(206) 629-5489  FAX (206) 629-2120